IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC., UCB PHARMA GMBH, RESEARCH CORPORATION TECHNOLOGIES, INC. and HARRIS FRC CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-1206 (LPS) |
| ACCORD HEALTHCARE, INC. and INTAS PHARMACEUTICALS LTD., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Requests for the Production of Documents and Things* were caused to be served on January 29, 2014 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Karen Bromberg, Esquire<br>Gurprett Singh Walia, M.D.<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Richard G. Greco, Esquire<br>Richard G. Grego PC<br>C/O COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs UCB, Inc., UCB Pharma GmbH, Research Corporation Technologies, Inc. and Harris FRC Corporation*

OF COUNSEL:

Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

January 29, 2014
7407574.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 29, 2014, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Karen Bromberg, Esquire<br>Gurprett Singh Walia, M.D.<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Richard G. Greco, Esquire<br>Richard G. Grego PC<br>C/O COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)