IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB PHARMA GMBH, RESEARCH CORPORATION TECHNOLOGIES, INC., and HARRIS FRC CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACCORD HEALTHCARE, INC. and INTAS PHARMACEUTICALS LTD.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 13-1206-LPS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2014, the following document was served on the persons listed below in the manner indicated:

1. Defendants Accord Healthcare, Inc. and Intas Pharmaceuticals Ltd.'s First Set of Requests for the Production of Documents and Things (Nos. 1-15)

| **BY E-MAIL** | |
|---|---|
| Jack B. Blumenfeld | Robert L. Baechtold |
| Maryellen Noreika | Scott K. Reed |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Ha Kung Wong |
| 1201 North Market Street | Joshua I. Rothman |
| P.O. Box 1347 | Fiona E. Darkin |
| Wilmington, DE 19899 | Kimberley A. Gavin, Ph.D. |
| (302) 658-9200 | Daniel J. Minion |
| jblumenfeld@mnat.com | John P. Dillon |
| mnoreika@mnat.com | Caitlin Hogan |
| | FITZPATRICK, CELLA, HARPER & SCINTO |
| | 1290 Avenue of the Americas |
| | New York, NY 10104 |
| | (212) 218-2100 |
| | rbaechtold@fchs.com |
| | sreed@fchs.com |
| | hwong@fchs.com |
| | jrothman@fchs.com |
| | fdarkin@fchs.com |
| | kgavin@fchs.com |
| | dminion@fchs.com |
| | jdillon@fchs.com |
| | chogan@fchs.com |

| | |
|---|---|
| OF COUNSEL:<br>Karen Bromberg<br>Gurpreet Singh Walia, M.D.<br>Maria Granovsky, PhD.<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 707-1329<br><br>Richard G. Greco<br>RICHARD G. GRECO P.C.<br>90 State Street, Suite 700<br>Albany, NY 12207<br>(212) 203-7625 | */s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Accord Healthcare, Inc. and Intas Pharmaceuticals Ltd.* |

Dated: January 31, 2014