IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB PHARMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC., and HARRIS FRC CORPORATION,<br><br>   Plaintiffs,<br><br>  v.<br><br>ACCORD HEALTHCARE, INC., *et al.*,<br><br>   Defendants. | C.A. No. 13-1206-LPS<br><br>**CONSOLIDATED** |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Gurpreet Singh Walia, M.D. of Cohen & Gresser LLP, 800 Third Avenue, New York, NY 10022 to represent Defendants Accord Healthcare, Inc. and Intas Pharmaceuticals Ltd. in this matter.

| | |
|---|---|
| OF COUNSEL:<br>Karen Bromberg<br>Gurpreet Walia, M.D.<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 707-1329<br><br>Richard G. Greco<br>RICHARD G. GRECO PC<br>c/o COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 203-7625 | */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Accord Healthcare, Inc. and Intas Pharmaceuticals Ltd.* |

Dated: October 26, 2015

SO ORDERED this _____ day of _____, 2015.

                                                        _____
                                                        Chief, United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: October 26, 2015

Gurpreet Singh Walia, M.D.
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
212-707-1329
gwalia@cohengresser.com