IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB BIOPHARAMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC. and HARRIS FRC CORPORATION, | : : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 13-1206-LPS : CONSOLIDATED |
| ACCORD HEATLHCARE, INC., et al., | : : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of August**, 2016**:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1.  The parties shall meet and confer and submit, no later than **August 19, 2016**, a proposed order consistent with the Memorandum Opinion, to enter final judgment **FOR** Plaintiffs and **AGAINST** Defendants.

2.  The parties shall, no later than **August 16, 2016**, submit a proposed redacted version of the Memorandum Opinion.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT COURT