IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC., UCB BIOPHARMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC. and HARRIS FRC CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-1206 (LPS) **CONSOLIDATED** |
| ACCORD HEALTHCARE, INC., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER EXTENDING
## TIME TO FILE PROPOSED FINAL JUDGMENT

The parties, by and through their undersigned counsel and subject to the approval

of the Court, hereby agree to extend the deadline for filing with the Court the proposed final

judgment by one week, from August 19, 2016 (*see* D.I. 314) to and including August 26, 2016.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

SHAW KELLER LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld(#1014)
Maryellen Noreika,(#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

/s/ John W. Shaw
John W. Shaw(#3362)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
jshaw@shawkeller.com

*Attorneys for Defendants Accord Healthcare,
Inc. and Intas Pharmaceuticals Ltd.*

MURPHY & LANDON

PHILLIPS, GOLDMAN,
MCLAUGHLIN & HALL, P.A.

/s/ Francis J. Murphy
Francis J. Murphy(#223)
1011 Centre Road, Suite 210
Wilmington, DE  19806
fmurphy@msllaw.com

*Attorneys for Defendants Zydus
Pharmaceuticals (USA) Inc. and Cadila
Healthcare Ltd. d/b/a Zydus Cadila*

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Defendants Amneal
Pharmaceuticals, LLC, Amneal
Pharmaceuticals of New York, LLC, Aurobindo
Pharma Ltd., Aurobindo Pharma USA, Inc.,
Breckenridge Pharmaceutical, Inc., MSN
Laboratories Pvt. Ltd., Sun Pharma Global
FZE, Sun Pharmaceutical Industries, Ltd.,
Watson Laboratories, Inc. – Florida (n/k/a
Actavis Laboratories FL, Inc.), Watson Pharma,
Inc. (n/k/a Actavis Pharma, Inc.), and Actavis,
Inc.*

MORRIS JAMES LLP                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth L. Dorsney                    /s/ Pilar Kraman
Kenneth L. Dorsney(# 3726)                Adam W. Poff(#3990)
MORRIS JAMES LLP                          Pilar Kraman(#5199)
500 Delaware Avenue, Suite 1500           Rodney Square
Wilmington, DE  19801                     1000 North King Street
kdorsney@morrisjames.com                  Wilmington, DE  19801
                                          apoff@ycst.com
Attorneys for Defendants Apotex Corp. and  pkraman@ycst.com
Apotex Inc.

                                          Attorneys for Defendants Mylan
                                          Pharmaceuticals Inc. and Mylan, Inc.


BAYARD, P.A.


/s/ Stephen B. Brauerman
Richard D. Kirk(#922)
Stephen B. Brauerman(#4952)
Vanessa R. Tiradentes,(#5398)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Attorneys for Defendant Alembic
Pharmaceuticals Ltd.


          SO ORDERED this _____ day of _____, 2016



          _____
          CHIEF, UNITED STATES DISTRICT JUDGE



3